STELLA D. BROWN, &c., appellant,

*v.*

FIDELITY UNION TRUST Co., Ex'r, et al., respondents.

[Decided September 14th, 1944.]

*Mr. Aquila N. Venino,* for the appellant.

*Mr. Irving Hupart* and *Messrs. Hood, Lafferty & Emerson,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported at *134 N. J. Eq. 217.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, DILL, JJ. 14.

*For reversal*—None.